The Supreme Court docket number is SC 16893.

*Louis R. Pepe* and *Jennifer A. Osowiecki,* in support of the petition.

*Kenneth A. Votre,* in opposition.

Decided December 19, 2002

GAIL A. CAHALY *v.* BENISTAR PROPERTY
EXCHANGE TRUST COMPANY,
INC., ET AL.

The Supreme Court docket number is SC 16892.

*Richard S. Order, Barbara A. Frederick* and *Thomas W. Edgington,* in support of the petition.

*Seth Jacoby,* in opposition.

Decided December 19, 2002

TDS PAINTING AND RESTORATION, INC. *v.* COPPER
BEECH FARM, INC.

*Wesley W. Horton, Kenneth J. Bartschi, Kimberly A. Knox, Karen L. Dowd* and *Scott R. Lucas,* in support of the petition.

*Andrew J. McDonald* and *Peter S. Olson*, in opposition.

Decided December 19, 2002

EDDIE PLAYER *v.* COMMISSIONER OF CORRECTION

*James M. Fox*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided December 19, 2002

STATE OF CONNECTICUT *v.* JAMES DIXON

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Donald J. O'Brien*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided December 30, 2002

STATE OF CONNECTICUT *v.* MICHAEL A. YOUNG